UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 05-92 M ) ) |
| JAMES INGRAM Defendant. | ) ) ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 17th day of June, 2005, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

```
                          _____
                          Honorable Sue L. Robinson
                          U.S. District Judge
```

cc:   Federal Public Defender
      First Federal Plaza, Suite# 110
      704 King Street
      Wilmington, DE  19801
      (302) 573-6010

      Defendant
      United States Attorney